

1  DANIEL G. BOGDEN
   United States Attorney
2  AMBER M. CRAIG
   Assistant United States Attorney
3  333 Las Vegas Blvd., South, Suite 5000
   Las Vegas, Nevada  89101
4  (702) 388-6050

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ALI G. ALMEDA,<br>NATHAN HERRERA, and<br>GILBERTO VASQUEZ, JR.,<br><br>　　　　　Defendants. | ) CRIMINAL INDICTMENT<br>)<br>) Case No.: 2:13-cr- 417<br>)<br>) VIOLATIONS:<br>) 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii) and<br>) 846 – Conspiracy to Manufacture a Controlled<br>) Substance – Marijuana Plants;<br>) 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii) –<br>) Manufacture of a Controlled Substance –<br>) Marijuana Plants;<br>) 21 U.S.C. §§ 856(a)(1) – Maintaining Drug-<br>) Involved Premises<br>) 18 U.SC. § 2 – Aiding and Abetting |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
**Conspiracy to Manufacture a Controlled Substance**

Beginning on or about February 6, 2013, and continuing up to and including March 25, 2013, in the State and Federal District of Nevada,

**ALI G. ALMEDA,
NATHAN HERRERA, and
GILBERTO VASQUEZ, JR.,**

defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with individuals known and unknown to the Grand Jury to manufacture 1,000 or more marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A)(vii).

## COUNT TWO
### Manufacture of a Controlled Substance

Beginning on or about February 6, 2013, and continuing up to and including March 25, 2013, in the State and Federal District of Nevada,

ALI G. ALMEDA,
NATHAN HERRERA, and
GILBERTO VASQUEZ, JR.,

defendants herein, aiding and abetting one another, did knowingly and intentionally manufacture 1,000 or more marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(vii), and Title 18, United States Code, Section 2.

## COUNT THREE
### Maintaining Drug-Involved Premises

Beginning on or about February 6, 2013, and continuing up to and including March 25, 2013, in the State and Federal District of Nevada,

ALI G. ALMEDA,
NATHAN HERRERA, and
GILBERTO VASQUEZ, JR.,

defendants herein, aiding and abetting one another, did knowingly and intentionally maintain a place at 8877 Waltzing Water Court, Las Vegas, Nevada, for the purpose of manufacturing

/ /

/ /

/ /

/ /

/ /

/ /

1  marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code,

2  Section 856(a)(1), and Title 18, United States Code, Section 2.

3  **DATED:** this 19 day of November, 2013.

4  **A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

6  DANIEL G. BOGDEN
   United States Attorney

8  *Amber M. Craig*
   AMBER M. CRAIG
9  Assistant United States Attorney