UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALI ALMEDA,<br><br>　　　　　　　Defendant. | Case No. 2:13-cr-00417-KJD-GWF<br><br>ORDER |

Before the Court for consideration are the Findings and Recommendations (#88) of Magistrate Judge George Foley, Jr. entered July 13, 2016, recommending that Defendant's motion to suppress evidence (#75) be denied.  Defendant filed an objection to the Findings and Recommendations (#90) on July 30, 2016.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Findings and Recommendations (#88) of the United States Magistrate Judge entered July 13, 2016 should be **ADOPTED** AND **AFFIRMED**.

Accordingly, **IT IS SO ORDERED** that the Findings and Recommendations (#88) of the United States Magistrate Judge entered July 13, 2016 are **ADOPTED** AND **AFFIRMED**;

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence (#75) is **DENIED**.

DATED this _ 4th _ day of August 2016.

_____
Kent J. Dawson
United States District Judge